UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARGARET A. HEINONEN et al.,<br><br>　　　　Defendants. | Civil Action No. 14-cv-13533-IT |

ORDER

April 6, 2015

TALWANI, D.J.

On August 29, 2014, Plaintiff filed this action alleging a violation of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 *et seq.* for Defendants' alleged wrongful taking of pension benefits. The Complaint named four Defendants: Margaret A. Heinonen, Ann Marie Heinonen, Richard M. Heinonen, and Elaine Wadman.

When Margaret A. Heinonen and Elaine Wadman failed to file an answer or serve a responsive pleading in this action, Plaintiff requested and the court entered Notice of Default as to these Defendants.[1]

Plaintiff now moves, pursuant to Federal Rule of Civil Procedure 55(b)(1), for entry of judgment by the Clerk in the amount of $11,964.72. Plaintiff's Motion for a Default Judgment as Against Margaret A. Heinonen and Elaine Wadman [#9]. Plaintiff seeks reimbursement for

---

[1] Plaintiff asserts that Margaret A. Heinonen and Elaine Wadman were served in September 2014, see Request for Notice of Default [#6], and that he "has been unable to locate Defendants Ann Marie and Richard Heinonen in order to serve the summons and complaint." Motion for a Default Judgment as Against Margaret A. Heinonen and Elaine Wadman ¶ 10 [#9].

wrongful taking of pension checks in the amount of $7,362, prejudgment interest of $1,551.82, and attorney fees and costs of $3,050.90.  Id.  The amount requested for reimbursement of pension checks is a sum certain, appropriately requested under Rule 55(b)(1).  Because Plaintiff's motion also requests prejudgment interest and attorneys' fees, however, judgment for these additional amounts cannot be entered by the Clerk.

After considering Plaintiff's request under Rule 55(b)(2), the court finds that Plaintiff has demonstrated that Defendants Margaret Heinonen and Elaine Wadman are liable to the Plaintiff for the principal sum of $7,362, that there is good cause to allow the prejudgment interest in the amount of $1,551.82, and that the request for attorneys' fees and costs in the amount of $3,050.90 is reasonable.  Accordingly, the court ALLOWS Plaintiff's motion for entry of a default judgment in the amount of $11,964.72.

IT IS SO ORDERED.

Date:  April 6, 2014                                        /s/ Indira Talwani
                                                                       United States District Judge